Acknowledged.
Date: 7/5/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

*William T. Lawrence* (signature)
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

| | |
|---|---|
| MABLE HAMBLIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO: 1:16-cv-2558-WTL-MPB |
| ) | |
| PRIME DISTRIBUTION ) | |
| SERVICES, INC. ) | |
| ) | |
| Defendant. ) | |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff Mable Hamblin ("Plaintiff") and Prime Distribution ("Defendant"), pursuant to Fed. R. Civ. P. 41(a)(2) hereby agree and stipulate as follows:

That Plaintiff's claims against Defendant in this matter be dismissed WITH PREJUDICE pursuant to settlement, each party to bear its own costs and attorneys' fees.

SO STIPULATED AND AGREED, this 30th day of June, 2017.

Respectfully submitted,                    Respectfully submitted,

MABLE HAMBLIN                              PRIME DISTRIBUTION SERVICES, INC.

By: /s/ Heather R. Falks_____           By: /s/ Scott Beightol_____
    Attorney for Plaintiff                     One of Its Attorneys

Heather R. Falks                           Scott Beightol
STEWART & STEWART                          Michael Best
931 S. Rangeline Road                      100 East Wisconsin Ave. Ste 3300
Carmel, IN 46032                           Milwaukee, WI 53202
E-mail: heatherf@getstewart.com            (414) 271-6560
                                           scbeightol@michaelbest.com